**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRYAN MARTINEZ MARQUEZ, | Case No. 1:26-cv-02755 JLT EPG |
| Petitioner, | A No. 221-453-439 |
| v. | ORDER ON PLAINTIFF'S REQUEST TO DISMISS, CONSTRUED AS A MOTION FOR CLARIFICATION |
| MARKWAYNE MULLIN, et al., | |
| Respondents. | (Doc. 19) |

Byran Martinez Marquez proceeded with a petition for writ of habeas corpus brought under 28 U.S.C. § 2241, challenging his ongoing detention. (Doc. 1.)  While the petition was pending, the Court issued an order that "Respondents shall not transfer Petitioner out of this District." (Doc. 15.)  On May 15, 2026, the Court granted the petition, ordered Respondents to provide a substantive bond hearing, and closed the case.  (Doc. 17.)  The Clerk entered judgment on the same date. (Doc. 18.)

On August 10, 2026, Petitioner filed a letter to the Court regarding his "writ of habeas corpus case which is still open," requesting that the case be closed, so he may proceed with deportation.  (Doc. 19 at 1.)  Petitioner requests that the Court direct the Clerk to close the case. (*Id.*)  Because the case *is* closed, Petitioner's request for dismissal is moot.  However, the Court liberally construes the filing as a motion for clarification, to inform Petitioner of the status of his habeas petition.

1

As noted above, in the same order directing that Petitioner receive a bond hearing, the Court ordered this proceeding to be closed.  The previously imposed transfer restrictions are no longer in effect, and there is nothing pending in this matter that will prevent Petitioner from proceeding with deportation should he elect to do so.  Thus, the Court **ORDERS**:

1.   Petitioner's request for dismissal (Doc. 19) is **MOOT**.

2.   The action **SHALL** remain closed.

3.   The Clerk of Court is directed to mail a copy of this order to Petitioner at:

> Bryan Martinez Marquez
> 221-453-439
> California City Detention Facility (ICE)
> P.O. Box 2513
> California City, CA 93505

IT IS SO ORDERED.

Dated:  _August 11, 2026_

_____
UNITED STATES DISTRICT JUDGE